IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――

| | |
|---|---|
| JAMES JOHNSON, ) | |
| 43788 Brooklyn Terrace, ) | |
| Ashburn, VA 20147, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| CONTEMPORARY SERVICES ) | |
| CORPORATION, ) | |
| 17101 Superior Street ) | |
| Northridge, CA 91325; ) | |
| ) | |
| and ) | |
| ) | |
| ANTHONY FOGLE, ) | Civil Action No. _____ |
| 145 Chenoweth Drive ) | |
| Bunker Hill, WV 25413; ) | |
| ) | |
| and ) | |
| ) | |
| MICHAEL FOGLE, ) | |
| 145 Chenoweth Drive ) | |
| Bunker Hill, WV 25413; ) | |
| ) | |
| and ) | |
| ) | |
| SAMUEL CROSS, ) | |
| 64 Flat Lane ) | |
| Bunker Hill, WV 25413; ) | |
| ) | |
| and ) | |
| ) | |
| DONALD MARTIN TOWNS, ) | |
| 9155 Heisey Road ) | |
| Mercersburg, PA 17236. ) | |
| ) | |
| Defendants. ) | |

―――――――――――――――――――――――

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §1446, the defendants, Quinton James Fogle, misnamed in the Amended Complaint as "Anthony Fogle;" Michael Fogle, Samuel Cross, and Donald Martin Towns (hereinafter "the Removing Defendants"), by and through their attorneys, JORDAN COYNE & SAVITS, L.L.P. and Deborah Murrell Whelihan, submit this Notice of Removal and represent that this action is properly removable to this Court from the Superior Court of the District of Columbia pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441(b).  As grounds for removal, the Removing Defendants state as follows:

1.  This Notice of Removal is timely and has been filed before November 4, 2013 and within thirty (30) days after the first receipt of the lawsuit, through service as to three of the Removing Defendants, by all of the Removing Defendants.  The defendant, Michael Fogle, and the defendant, Samuel Cross, were served in West Virginia where they reside on October 5, 2013.  The defendant, Donald Towns, was served in Pennsylvania where he resides on October 7, 2013.  Upon information and belief, the defendant, Quinton James Fogle, has not been properly served, but has answered the Amended Complaint despite the lack of service upon him.

2.  The plaintiff, James Johnson, filed his original Complaint in the Superior Court for the District of Columbia, Civil Division, on or about April 9, 2013 against the defendant, Contemporary Services Corporation, which is a California Corporation and citizen.  The defendant, Contemporary Services Corporation, was served on April 18, 2013, and filed its answer to the original complaint on May 1, 2013.  None of the Removing Defendants were named in the original complaint.  The plaintiff filed his Amended Complaint on or about October 2, 2013 in which the Removing Defendants were named.  All of Removing Defendants have

timely filed answers in the Superior Court for the District of Columbia.

    3.    This District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, which provides: "The district courts shall have original jurisdiction of all civil actions where the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between– (1) citizens of different States...."

    4.    Diversity jurisdiction exists as the plaintiff and the defendants are all citizens of different states, and none of the defendants are citizens of the District of Columbia. The plaintiff is a citizen and resident of the state of Virginia. The defendants, Quinton James Fogle, Michael Fogle, and Samuel Cross, are citizens and residents of the state of West Virginia, and the defendant, Donald Martin Towns, is a citizen and resident of the state of Pennsylvania. The complete diversity of citizenship between the plaintiffs and the defendants justifies removal.

    5.    The amount in controversy requirement of 28 U.S.C. §1332(a) is met by the *ad damnum* clauses of the plaintiff's Amended Complaint. The plaintiff's lawsuit concerns an alleged incident on May 12, 2012 that occurred at the DC101 Chili Cook-off held at the Robert F. Kennedy Memorial Stadium. The plaintiff, who attended the event, claims that he was pulled over a barricade by the Removing Defendants and that he was "launched" face-first onto the ground, as he was allegedly making his way toward the front of the crowd to intervene in an altercation between one of his friends and another attendee at the event. See, Amended Complaint at ¶12. The plaintiff claims to have suffered serious bodily injuries, past and future. See, Amended Complaint at ¶31. The plaintiff has sued under a various tort theories including assault, battery and negligence and he demands compensatory damages in his complaint of five hundred thousand dollars ($500,000.00) for each of the first eight (8) counts in his complaint and

punitive damages of five hundred thousand dollars ($500,000.00) for Count 9.  Thus, the amount in controversy well exceeds the sum or value of $75,000.00.

6. Under the applicable provisions of 28 U.S.C. § 1441, this case is therefore properly removable to the United States District Court for the District of Columbia.

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, or orders that have been served upon the defendants are attached and filed with the accompanying Certification of Filing of Superior Court Papers.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the District of Columbia.

9. The plaintiff, thorough his attorneys, have been advised of the intention of the Removing Defendants to remove the action to this Court.  Through its attorney of record, the defendant, Contemporary Services Corporation, has been advised of the intention of the Removing Defendants to remove this action and it has consented to removal. The plaintiff's attorneys and the attorney for the defendant, Contemporary Services Corporation, also have been served with this Notice and been advised that the Removing Defendants would be removing the plaintiff's action to this Court.

10. No admission of fact, law or liability is intended by this Notice of Removal.  In fact, the Removing Defendants dispute the plaintiff's version of the incident and dispute his claim of serious injury.  All defenses, affirmative defenses and motions are hereby expressly reserved to the Removing Defendants.

WHEREFORE, the defendants, Quinton James Fogle, misnamed in the Amended Complaint as "Anthony Fogle;" Michael Fogle, Samuel Cross, and Donald Martin Towns,

respectfully request that this Honorable Court remove the civil action filed by the plaintiff in its entirety from the Superior Court for the District of Columbia to this Honorable Federal Court.

        Respectfully submitted,

        JORDAN COYNE & SAVITS, L.L.P.


By: /s/ *Deborah Murrell Whelihan*
    Deborah Murrell Whelihan, #412454
    1100 Connecticut Ave., N.W.
    Suite 600
    Washington, D.C. 20036
    Telephone: (202) 296-4747
    Facsimile: (202) 496-2800
    Email: d.whelihan@jocs-law.com

    Attorneys for Defendants Quinton James Fogle, Michael Fogle, Samuel Cross and Donald Martin Towns

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Removal was emailed and was sent electronically, through Pacer, and by mail, postage prepaid, on this 24th day of October, 2013, to:

    Eric N. Stravitz, Esquire
    Michael C. Martin, II, Esquire
    Mesirow & Stravitz, PLLC
    1307 New Hampshire Ave., N.W.
    Suite 400
    Washington, DC 20036

    Wade J. Gallagher, Esquire
    Martel, Donnelly, Grimaldi & Gallagher
    11222 York Rd., Second Floor
    Cockeysville, MD 21030

*/s/ Deborah Murrell Whelihan*
Deborah Murrell Whelihan